# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA – ORLANDO DIVISION

---

DENNIS RAMKISSOON,

Plaintiff,

v.

DELTA AIR LINES, INC.,

Defendant.

Case No.: _____

---

## PLAINTIFF'S EXHIBITS A–H

(Filed in Support of Complaint and Jury Demand)

---

## EXHIBIT A

Video Evidence: Cabin Fume Exposure & Child Illness

Video footage recorded by Plaintiff aboard Delta Flight DL1494 on April 21, 2025.

A Delta flight attendant is heard acknowledging the odor. Plaintiff's daughter is

visibly distressed and vomiting. The footage was captured while the aircraft was on the tarmac at Orlando International Airport.

*Note: Full video available upon request or via secure download link to the Court and Defendant.*



EXHIBIT B

Photographs: Illness Onboard Delta Flight DL1494

Photos show:

- Barf bag used by Plaintiff's daughter

- Ginger ale provided at Plaintiff's request for nausea

- Plaintiff's in-flight seat

- Plaintiff and child visibly ill during flight

All photographs are timestamped.





EXHIBIT C

Emergency Room Documentation – Plaintiff

Includes photos of:

- Plaintiff's ER wristband

- ER triage area

- Medical notes or discharge documentation (if available)

- Symptoms noted: nausea, headache, disorientation

Filed to support claim of immediate post-flight medical treatment.



$\mathcal{E} \times C \quad 1$

# AFTER VISIT SUMMARY

**AdventHealth**

**Dennis Ramkissoon** MRN: 37504622

📅 4/22/2025   📍 AdventHealth Apopka Emergency Department 407-609-7035

## What's Next
You currently have no upcoming appointments scheduled.

## Today's Visit
You were seen by David Bishop, DO

**Reason for Visit**
Dizziness

**Diagnosis**
Inhalation of gaseous substance, accidental or unintentional, initial encounter

**⅋ Lab Tests Completed**
CBC Auto Diff, Reflex Manual Diff if Indicated

Comprehensive metabolic panel

**⊘ Medications Given**
ondansetron (Zofran) Last given at 2:48 AM

sodium chloride Stopped at 3:58 AM

| | | | |
|---|---|---|---|
| Blood Pressure | 105/57 | BMI | 27.20 |
| Weight | 195 lb | Height | 5' 11" |
| Temperature (Infrared) | 97.6 °F | Pulse | 76 |
| Respiration | 16 | Oxygen Saturation | 99% |

## You are allergic to the following
No active allergies

## The Importance of Primary Care
After an emergency room visit, it's important to follow up with your primary care provider (PCP).

**What is a primary care provider?**
A primary care provider helps protect and maintain your overall health. Your PCP could be a doctor, physician assistant or nurse practitioner. They'll get to know you and your family history, providing preventive care and routine health screenings to keep you healthy at every stage of life. You can see them whenever you're sick, and they will refer you to specialists if you need extra care for specific health conditions or injuries.

**What are the benefits of having a PCP?**
Regular visits to your primary care provider can help you live a healthier life. Here are some services a PCP offers:
- Health screenings to identify illnesses early
- Prescription and management of your medications
- Guidance and referral to specialists when needed
- Regular checkups
- Education on healthy habits
- Answers to health questions
- Personalized care



---

EXHIBIT D

FAA and DOT Complaint Letter

EXHIBIT D

FAA AVIATION SAFETY HOTLINE COMPLAINT

AND DOT AVIATION CONSUMER PROTECTION SUBMISSION

Filed by:

Dennis Ramkissoon

5313 Rabbit Ridge Trail

Orlando, FL 32818

miidate@yahoo.com

(689) 312-5958

Date of Filing: May 2, 2025

_____

1. Subject: Cabin Air Contamination – Delta Flight DL1494 (April 21, 2025)

Aircraft Tail Number: N638DL

Aircraft Type: Boeing 757-232

_____

2. Nature of Complaint

This is a formal report of a potentially toxic cabin fume exposure event involving

Delta Flight DL1494 on April 21, 2025, departing from Orlando International

EXHIBIT D

Airport (MCO) to Atlanta Hartsfield-Jackson (ATL). The aircraft was a Boeing 757-232, tail number N638DL, owned and operated by Delta Air Lines, Inc.

While the aircraft was on the ground taxiing prior to takeoff, a strong odor consistent with exhaust or oil fumes began circulating through the cabin. The odor was especially pronounced near the rear of the aircraft where I and my 3-year-old daughter were seated.

3. Effects on Passengers

- I experienced nausea, disorientation, migraine symptoms, and dizziness.

- My daughter began vomiting into a barf bag, became pale, and was visibly distressed.

- Other passengers near me verbally acknowledged the odor and discomfort.

- A flight attendant acknowledged the smell, stating "This is normal," but took no formal action.

- No oxygen was offered, no medical response was initiated, and no documentation of the event was made.

- Upon arrival in Atlanta, no medical personnel were present, and the airline provided no follow-up or acknowledgment.

EXHIBIT D

- I later went to the emergency room, and my child continues to experience emotional distress and flight-related anxiety.

---

4. Violations of FAA Safety Rules and Negligence

Delta Air Lines' failure to act may have violated multiple FAA safety regulations and operational duties, including:

14 CFR § 121.577 – Inflight medical emergencies

Requires the flight crew to respond appropriately to passenger medical needs. Delta failed to do so.

14 CFR § 121.574 – Oxygen for medical use

Requires oxygen to be available and deployable when requested due to illness. Delta made no such offer.

14 CFR § 121.703 – Mechanical irregularity reports

Requires airlines to log unusual fumes or cabin air issues. Based on my request to the crew and follow-up, no log was created.

49 U.S.C. § 41712 – Unfair or deceptive practices

EXHIBIT D

Delta failed to provide a safe cabin environment as promised in their Contract of Carriage and industry obligations.

---

5. Known Risks: Boeing 757 and "Fume Events"

Cabin fume events are well-documented safety hazards, especially in aircraft with bleed air systems such as the Boeing 757. Bleed air from the engines or Auxiliary Power Unit (APU) can leak oil or hydraulic fluid vapors into the cabin ventilation system.

FAA and industry studies confirm that organophosphates from engine oil can be inhaled during such events and cause neurological symptoms.

Relevant Examples:

- O'Grady v. Delta Air Lines, 9th Cir. 2020: Claim based on similar toxic air exposure aboard a Delta aircraft — the case survived summary judgment.

- Australian Transport Safety Bureau Report (ATSB, 2006): Confirms that exposure to tricresyl phosphate (TCP) and other neurotoxins can occur during APU or engine fume events.

- University of Washington Study (2007–2017): Linked multiple aircrew medical complaints to exposure to "dirty bleed air."

EXHIBIT D

N638DL, specifically, is a 30+ year-old Boeing 757. Aging seals and oil residues around the APU are known to leak under pressure, especially during taxi and idle — exactly when our symptoms began.

---

6. Airline Policy and Inaction

Delta's own Contract of Carriage and flight manuals require:

- Maintaining a safe and habitable cabin environment

- Providing medical aid and logging medical incidents

- Reporting suspected "fume events" per FAA internal compliance guidelines

Delta failed in all three. No log, no oxygen, no action.

---

7. Relief Requested

I request that the FAA and DOT:

- Investigate Delta's handling of this incident aboard Flight DL1494

- Require Delta to produce all maintenance and crew records for Aircraft N638DL

- Determine whether Delta is in compliance with 14 CFR Part 121 safety rules

EXHIBIT D

- Review cabin air filtration and bleed air history for Boeing 757s in Delta's fleet

- Implement or reinforce guidance on fume events and crew response standards

I am also requesting written acknowledgment that this report has been received and logged under FAA and DOT complaint procedures.

---

8. Attachments Available Upon Request

- Video footage of the crew acknowledging fumes and child in distress

- Still photos of ginger ale, barf bag, and Plaintiff's seating area

- Emergency room wristband and discharge summary

- Signed declaration submitted to U.S. District Court (Middle District of Florida)

- Spoliation notice sent to Delta's Legal Department

---

Signed:

Dennis Ramkissoon

EXHIBIT D

Pro Se Passenger & Plaintiff

Orlando, Florida

May 2, 2025

Filed complaint submitted to the Federal Aviation Administration (FAA) and U.S.

Department of Transportation (DOT). Details toxic fume incident, lack of crew

response, and ongoing health concerns. Serves as regulatory escalation notice and

supports Plaintiff's negligence claim.

---

EXHIBIT E

News Article – Delta Aircraft Fire at MCO (April 21, 2025)

BBC News coverage of a Delta aircraft fire on the same day and at the same airport as Plaintiff's incident. Article raises safety concerns about Delta fleet condition and potential maintenance oversight.

Filed to show pattern of risk and relevance to airline operations.

5/2/25, 10:21 AM                    Passengers evacuate Delta flight after engine fire at Orlando airport

ADVERTISEMENT

# Passengers evacuate Delta plane after engine fire

21 April 2025

Share  Save

**Jake Lapham**
BBC News, Washington DC



0:56
Watch: Delta plane evacuated after engine fire

Passengers have been forced to evacuate a Delta plane after an engine caught fire while on the tarmac at Orlando International Airport in Florida.

Video on social media shows smoke and flames rising from the right engine, and passengers exiting the aircraft down inflatable emergency slides.

Delta flight 1213 was set to depart Orlando, famous as the home of Disneyworld, for Atlanta with almost 300 people on board. There are no reports of any injuries.

"Passengers were evacuated. Aircraft Rescue & Fire Fighting team promptly responded," the airport said in a post on social media.

The Airbus A330 was carrying 282 passengers, 10 flight attendants and two pilots, Delta said in a statement to the BBC's US partner, CBS News.

The airline said crews evacuated the cabin when flames were seen in part of one of the plane's two main engines.

Video apparently taken from the terminal shows passengers waiting on the tarmac with emergency vehicles parked next to the aircraft.

"We appreciate our customers' cooperation and apologize for the experience," Delta said.

"Nothing is more important than safety and Delta teams will work to get our customers to their final destinations as soon as possible."

The Federal Aviation Administration said it will investigate the incident.

5/2/25, 10:21 AM                          Passengers evacuate Delta flight after engine fire at Orlando airport

 Watch Live                                **B B C**                          Register    Sign In

Home   News   Sport   Business   Innovation   Culture   Arts   Travel   Earth   Audio   Video   Live



<span style="float:right">Dylan Wallace</span>

There have been several high-profile aviation incidents in North America this year.

On 29 January, 67 people were killed after a passenger plane and a military helicopter collided in mid-air near Washington DC's Ronald Reagan airport.

Crash investigators recommended restricting helicopter flights in certain areas near the airport following the incident.

On 17 February, all 80 passengers survived after a Delta Air Lines plane crashed and overturned while landing in Toronto.

The plane from Minneapolis skidded along the runway with flames visible and came to a halt upside down as firefighters rushed in.

BBC Verify analyses moments before Washington DC plane crash
Are planes crashing more often?

Aviation safety    Air travel    United States    Orlando

**RELATED**

| Top former college athlete among six dead in New York plane crash | Two American Airlines jets clip wings on ground at Reagan airport | Runway closed after aircraft makes 'emergency landing' |
| --- | --- | --- |
| 14 Apr 2025   US & Canada | 10 Apr 2025   US & Canada | 18 Mar 2025   Gloucestershire |

**MORE**

2 hrs ago

### Three arrested after Shannon Airport security breach

A van was driven through a perimeter fence before a number of people got out and made their way towards a taxiway.



2 hrs ago    Europe

8 hrs ago

### Shein and Temu prices rise as Trump closes postage loophole

The de minimis exemption was key to the huge growth of the Chinese online retailers.



8 hrs ago    Business

10 hrs ago

### Trump ousts Waltz as national security adviser and nominates him for UN post

Mike Waltz had faced criticism for mistakenly adding a journalist to a chat group where sensitive military plans were discussed.



10 hrs ago    US & Canada

12 hrs ago

### Talks or no talks: Who blinks first in US-China trade war?

Donald Trump and Xi Jinping are locked in a game of chicken - despite wanting the same outcome.



12 hrs ago    World

---

EXHIBIT F

Congressional Letter to Senator Marco Rubio

Formal letter submitted by Plaintiff requesting congressional attention to potential FAA oversight failure and airline negligence. Letter includes Plaintiff's account of the flight, impact on child, and attached evidence.

Filed to demonstrate Plaintiff's efforts to notify federal oversight bodies.

Dennis Ramkissoon

5313 Rabbit Ridge Trail

Orlando, FL 32818

miidate@yahoo.com

(689) 312-5958

May 1, 2025

The Honorable Marco Rubio

United States Senate

284 Russell Senate Office Building

Washington, D.C. 20510

_____

RE: Request for Oversight and Assistance – Toxic Fume Exposure on Delta Flight DL1494 (April 21, 2025)

Dear Senator Rubio,

I am writing to you not only as a concerned Florida resident and a disabled military veteran, but also as a father and citizen who believes the federal government must hold commercial airlines accountable when passenger safety is compromised.

On April 21, 2025, while traveling on Delta Flight DL1494 from Orlando (MCO) to Atlanta (ATL) with my 3-year-old daughter, we were exposed to what I firmly believe were toxic chemical fumes within the aircraft cabin. The odor circulated through the aircraft while we were taxiing and idling. I became immediately ill with nausea, dizziness, and headache. My daughter began vomiting in her seat and appeared disoriented and visibly unwell.

The flight crew acknowledged the odor but did not render aid, document the incident, or report it to medical professionals or the FAA. Despite my medical symptoms and my child's visible distress, no medical follow-up or emergency services were provided, and Delta has offered no investigation or response to date. I later sought treatment at an emergency room.

As a former member of the armed forces, I have experience recognizing mechanical and combustion-related fumes. The odor was consistent with contaminated bleed air or an Auxiliary Power Unit (APU) malfunction — a problem well-documented in older aircraft models like the Boeing 757 (tail number N638DL, used in our flight). Delta's failure to follow FAA-mandated safety and medical response protocols is deeply concerning.

This issue is not isolated. Numerous reports have highlighted "fume events" aboard commercial aircraft, often underreported, and affecting both passengers and crew.

Delta's failure to log the incident, preserve flight data, or offer post-flight assistance may represent a violation of 14 CFR §§ 121.574, 121.577, and 121.703.

I have filed a civil complaint in the U.S. District Court for the Middle District of Florida, submitted a formal report to the FAA and DOT, and issued a spoliation notice to Delta's legal team. However, I am requesting your office's support in escalating this matter to the FAA and relevant aviation oversight bodies, and ensuring that:

1. An independent review is conducted of Delta Flight DL1494 and Aircraft N638DL.

2. The FAA evaluates Delta's compliance with inflight safety protocols.

3. Congress is informed of ongoing cabin air contamination risks aboard U.S. aircraft.

As a U.S. Senator representing the state in which this occurred — and where your constituents could face similar health risks — your voice is vital in ensuring this matter is not quietly dismissed. This is not just a personal injury issue. It is a matter of public aviation safety and passenger rights.

I would welcome the opportunity to speak with your office, provide supporting documentation, and assist in any efforts to protect others from similar harm. Thank you for your service and your attention to this serious matter.

Respectfully,

Dennis Ramkissoon

Disabled U.S. Veteran & Florida Resident

(Pro Se Plaintiff – Ramkissoon v. Delta Air Lines, Inc.)

EXHIBIT G

Excerpt from Delta's Contract of Carriage – Passenger Safety and Medical Obligations

This exhibit includes excerpts from Delta Air Lines' publicly published Contract of Carriage, which outlines the airline's responsibilities toward its passengers, including policies related to cabin air quality, in-flight medical response, and incident reporting.

Delta's own written policies reflect the following obligations:

- To provide a safe, habitable cabin environment free from known hazards or contaminants.

- To respond to in-flight medical concerns, including providing assistance or coordinating with medical personnel as needed.

- To log and report onboard incidents, especially those affecting passenger health or safety, in accordance with both Delta policy and FAA regulations.

These excerpts were taken directly from Delta's official website and reflect the carrier's internal operational duties as of the date of Plaintiff's flight (April 21, 2025).

*"According to Delta's own Contract of Carriage, Rule 1, the airline promises to transport passengers with 'reasonable safety, comfort and convenience.' Rule 18 further states that Delta will coordinate with medical professionals and provide oxygen and first-aid assistance in response to onboard emergencies."*

*Plaintiff alleges that Delta failed to uphold these commitments by refusing aid to a visibly ill minor, failing to deploy oxygen, and denying appropriate documentation of the incident."*

---

Relevance to Plaintiff's Case

Plaintiff alleges that Delta Air Lines failed to fulfill these published commitments by:

- Allowing toxic fumes to circulate through the cabin during taxi

- Ignoring visible medical symptoms presented by Plaintiff and his minor child

- Failing to provide oxygen, medical aid, or file any official report of the incident

These policy violations form part of Plaintiff's negligence claim and demonstrate a breach of Delta's own operational standards, beyond violations of federal regulation.

---

EXHIBIT H

Spoliation Letter to Delta Legal Department

Formal written notice from Plaintiff to Delta instructing the preservation of all records related to Flight DL1494, including:

- Maintenance logs

- Crew and pilot communication

- Passenger complaints and internal reports

Filed to support evidentiary integrity and prevent future destruction of relevant documentation.

**Dennis Ramkissoon**

5313 Rabbit Ridge Trail

Orlando, FL 32818

miidate@yahoo.com

(689) 312-5958

**May 2, 2025**

**Delta Air Lines, Inc.**

Attn: Legal Department / General Counsel

1030 Delta Boulevard

Atlanta, GA 30320

---

**RE: Notice to Preserve Evidence – Spoliation Letter**

**Incident Date:** April 21, 2025 – Flight DL1494 (Aircraft N638DL)

**Pending Civil Action:** Ramkissoon v. Delta Air Lines, Inc.

**U.S. District Court – Middle District of Florida, Orlando Division**

To Whom It May Concern:

Please be advised that I, Dennis Ramkissoon, am the Plaintiff in a civil matter currently pending before the United States District Court for the Middle District of

Florida, concerning alleged exposure to toxic fumes aboard Delta Flight DL1494 on April 21, 2025. The flight originated from Orlando International Airport and involved Aircraft N638DL.

This letter serves as formal notice to **preserve all potentially relevant evidence** and data relating to the incident. Destruction or failure to preserve evidence relevant to this case may constitute **spoliation**, and may subject Delta Air Lines, Inc. to evidentiary sanctions or other relief as determined by the Court.

---

**Materials and Information to Be Preserved**

You are directed to preserve and retain the following categories of evidence:

**1. Aircraft Maintenance and Technical Records**

- Maintenance logs, discrepancy sheets, MELs (Minimum Equipment Lists), and repairs for Aircraft N638DL for the period of April 1–30, 2025.

- Post-flight inspections or service orders generated following Flight DL1494.

- Records related to the aircraft's APU, bleed air system, environmental control system (ECS), and air circulation systems.

**2. Flight Crew and Cabin Logs**

- Flight crew and cabin crew rosters for Flight DL1494 on April 21, 2025.

Page **3** of **4**

- In-flight communications and debriefing statements made by crew regarding any cabin odors, fumes, or passenger medical complaints.

- Any formal or informal crew reports or pilot write-ups for the flight.

## 3. Passenger Complaints and Internal Investigations

- All complaints or communications from passengers on DL1494 relating to cabin air quality, illness, or odors.

- Notes, emails, or internal correspondence relating to the handling of the incident, including responses to Plaintiff or any other passenger.

- Any findings, reports, or determinations from Delta's internal safety or risk management units in connection with this flight.

## 4. Regulatory Communications and Reporting

- All communications with the FAA, DOT, or other governmental agencies referencing Flight DL1494 or Aircraft N638DL in the month of April 2025.

- Any related incident reports or submissions required by federal law or airline policy.

## 5. In-Flight and Ground-Based Media

- Any relevant cockpit voice recordings (CVR), flight data recordings (FDR), or surveillance videos showing the aircraft while on the ground or in flight.

- Photographic or video material captured on board, including by crew or onboard cameras, if any.

---

Please ensure that **no documents or data falling within these categories are altered, deleted, overwritten, or otherwise made inaccessible**. Preservation should include paper files, electronic records, metadata, logs, and emails stored on personal or enterprise servers.

I respectfully request a written acknowledgment that you have received this preservation notice and that appropriate steps have been taken to retain all relevant materials.

Sincerely,

**Dennis Ramkissoon**

Pro Se Plaintiff

_____

Submitted by:

Dennis Ramkissoon (Pro Se)

5313 Rabbit Ridge Trail

Orlando, FL 32818

(689) 312-5958

miidate@yahoo.com

Date: May 2, 2025