UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA – ORLANDO DIVISION

---

DENNIS RAMKISSOON,

Plaintiff,

v.

DELTA AIR LINES, INC.,

Defendant.

Case No.: 6:25-CV-00774-CEM-DCI

---

SUPPLEMENTAL DECLARATION OF DENNIS RAMKISSOON

Dated May 2, 2025

I, Dennis Ramkissoon, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge:

1. I am the plaintiff in this case, and I submit this declaration in support of my Complaint filed against Delta Air Lines, Inc.

2. On April 21, 2025, I was a passenger on Delta Flight DL1494 departing from Orlando International Airport (MCO) to Atlanta (ATL), along with my 3-year-old daughter.

3. While the aircraft was taxiing and idling, a strong chemical odor circulated through the cabin. The smell resembled exhaust fumes or burning oil.

4. I began experiencing nausea, migraine, dizziness, and disorientation almost immediately. My daughter became visibly sick and vomited into a barf bag provided by the crew.

5. I alerted a flight attendant, who acknowledged the odor and stated, "This is normal." No medical assistance was offered, and no oxygen was provided to me or my daughter.

6. The crew did not document the incident, log the event, or offer to file a report. No medical personnel met the flight upon arrival in Atlanta, and Delta did not contact me following the flight.

7. After arrival, I took myself to the emergency room due to lingering symptoms. My daughter continues to suffer from fear of flying, nighttime anxiety, and distress triggered by aircraft sounds.

8. I have photo and video evidence showing the in-flight conditions, including a video where the crew acknowledges the smell and my daughter is visibly unwell.

9. The experience has caused ongoing emotional and physical harm to me and my daughter, and I submit this declaration as further evidence of Delta's failure to follow basic safety, health, and reporting protocols.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: May 2, 2025

At: Orlando, Florida

_____

Dennis Ramkissoon

(Pro Se Plaintiff)