# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA

# ORLANDO DIVISION

Case No.: 6:25-cv-774-CEM-DCI

Dennis Ramkissoon,

Plaintiff,

v.

Delta Air Lines, Inc.,

Defendant.

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

☐ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

☑ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this **Notice of Pendency of Other Actions** upon each party no later than eleven days after appearance of the party.

Dated: ___May 8th 2025___

**Plaintiff (Pro Se):**

Dennis Ramkissoon

5313 Rabbit Ridge Trail

Orlando, FL 32818

Phone: (689) 312-5958

Email: miidate@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on this __8th__ day of __May__, 2025, a true and correct copy of the foregoing **Notice of Pendency of Other Actions** was served via:

☑ Certified Mail

to the following:

**Delta Air Lines, Inc.**

**Attn: Legal Department**

1030 Delta Boulevard

Department 981

Atlanta, GA 30354-1989

Respectfully submitted,

Dennis Ramkissoon (Pro Se)