**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

DENNIS RAMKISSOON,

    Plaintiff,

                                                      CASE NO. 6:25-CV-00774-CEM

v.

DELTA AIR LINES, INC.,

    Defendants.

_____/

**<u>DEFENDANT DELTA AIR LINES, INC.'S NOTICE OF RELATED ACTION</u>**

Defendant, DELTA AIR LINES, INC., by and through undersigned counsel, hereby files its Rule 1.07 Notice of Related Actions as follows:

Under Local Rule 1.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere." But for removal cases, the parties need not identify the original state-court proceeding in this Notice.

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

I certify that the above-captioned case:

☐ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

☒ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

/*s/ John P. O'Flanagan*  
John P. O'Flanagan, Esq.  
FBN: 0072885  
Banker Lopez Gassler, P.A.  
501 East Kennedy Blvd., Suite 1700  
Tampa, FL 33602  
Tel No: (813) 221-1500  
Email:service-joflanagan@bankerlopez.com  
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 17, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which electronically served the foregoing document upon pro se Plaintiff: Dennis Ramkinssoon, 5313 Rabbit Ridge Trail, Orlando, FL 32818, miidate@yahoo.com.

/*s/ John P. O'Flanagan*  
John P. O'Flanagan, Esq.  
FBN: 0072885

        Banker Lopez Gassler, P.A.
        501 East Kennedy Blvd., Suite 1700
        Tampa, FL  33602
        Tel No: (813) 221-1500
        Email:service-joflanagan@bankerlopez.com
        *Counsel for Defendant*