**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

---

**DENNIS RAMKISSOON,**

    **Plaintiff,**

v.     Case No. 6:25-cv-774-CEM-DCI

**DELTA AIR LINES, INC.,**

    **Defendant.**

| **UNITED STATES MAGISTRATE JUDGE:** | Daniel C. Irick | **COURTROOM:** | 5C |
|---|---|---|---|
| **DEPUTY CLERK:** | Tiffany Palmer | **COUNSEL FOR PLAINTIFF:** | Dennis Ramkissoon, Pro Se |
| **AUDIO RECORDING:** | Digital https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form | **COUNSEL FOR DEFENDANT:** | Connor Salliotte |
| **DATE/TIME:** **TOTAL TIME:** | June 18, 2025 11:11 A.M. – 11:18 A.M. 7 minutes | | |

**CLERK'S MINUTES**
**IDEAL Case Management Conference**

Case called; appearances taken; procedural setting by the Court.
Court informs parties of the IDEAL program.
Motion for Extension of Time to be granted in part. Parties are directed to file a notice of consent or a Case Management Report within 7 days.
Court adjourned.