UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DENNIS RAMKISSOON,**

        **Plaintiff,**

v.                                      Case No. 6:25-cv-774-CEM-DCI

**DELTA AIRLINES, INC.,**

        **Defendant.**

                                            /

**ORDER**

THIS CAUSE is before the Court on the following motions: Defendant's Motion to Dismiss First Amended Complaint and Motion to Strike Improper Materials (Doc. 42); Defendant's Request for Oral Argument (Doc. 43); Defendant's Notice of Impasse on Mediator Selection and Motion to Appoint Mediator (Doc. 51); and Plaintiff's Motion to Waive Mediation, or, in the Alternative, to Appoint a Pro Bono Mediator (Doc. 53). The United States Magistrate Judge issued a Report and Recommendation (Doc. 57), recommending that the Motion to Dismiss and Motion to Strike (Doc. 42) be granted in part, the Motion for Oral Argument (Doc. 43) be denied, the Notice of Impasse and Motion to Appoint Mediator (Doc. 51) be denied, and the Motion to Waive Mediation or Appoint Pro Bono Mediator (Doc. 53) be denied.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 57) is **ADOPTED** and made a part of this Order.

2. Defendant's Motion to Dismiss and Motion to Strike (Doc. 42) is **GRANTED in part**:

    a. The Amended Complaint (Doc. 40) is **DISMISSED without prejudice**;

    b. The Legal Memorandum (Doc. 41) is **STRICKEN**; and

    c. The request to strike certain citations and allegations from the Amended Complaint is **DENIED as moot**.

    d. **On or before January 13, 2026**, Plaintiff may file a Second Amended Complaint that complies with this Order and the Report and Recommendation. Failure to do so will result in the closure of this case without further notice.

3. Defendant's Motion for Oral Argument (Doc. 43) is **DENIED**.

4. Defendant's Notice of Impasse and Motion to Appoint Mediator (Doc. 51) is **DENIED**.

5. Plaintiff's Motion to Waive Mediation or Appoint Pro Bono Mediator (Doc. 53) is **DENIED**. The mediation requirement set forth in the Court's August 1, 2025 Order is stayed until 120 days after a responsive pleading is filed in this case.

**DONE** and **ORDERED** in Orlando, Florida on December 23, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party